UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY C. McANARNEY, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LABORERS' ANNUITY FUND; and JAMES V. MERLONI, JR., as he is ADMINISTRATOR, NEW ENGLAND LABORERS' TRAINING TRUST FUND and TRUSTEE, MASSACHUSETTS LABORERS' LEGAL SERVICES FUND, Plaintiffs, vs. RUDY V. POMPEO, INC., Defendant, and SOUTH COASTAL BANK, Trustee. | C.A. No. 11-11289 JLT |

## DEFAULT JUDGMENT

Defendant Rudy V. Pompeo, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiffs and affidavits demonstrating that Defendant Rudy V. Pompeo, Inc. owes Plaintiffs the sum of $117,792.13, which includes contributions owed through October, 2012, that the Defendant is not an infant or an incompetent person or in the military service of the United States,

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from Defendant Rudy V. Pompeo, Inc. principal benefit contributions in the amount of $75,239.55, interest on previously late-paid contributions in the amount of $20,935.24, underpaid

contributions in the amount of $1,051.54, interest on the principal contributions owed in the amount of $2,077.55, liquidated damages of $15,258.22, attorney's fees of $2,790.00 and costs of $440.03, for a total judgment of $117,792.13 with interest as provided by law. This judgment is without prejudice to the Plaintiffs' right to pursue collection of any contributions, interest or other amounts currently or in the future owed by Rudy V. Pompeo, Inc. to the Plaintiffs for any work performed after October, 2012.

Dated: 12/12/12

_____
Deputy Clerk

Note: The post judgment interest rate effective this date is 0.18%.

ARS/asb&ts
6306 11-311/defaultjudgment-amended/dfltjdg-amended.doc